■ GROVE PLACE TOWNHOMES, LLC, Appellant, v WOODLARK PROPERTIES, II, LP, Respondent. [951 NYS2d 431]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered March 1, 2011 in a breach of contract action. The order, among other things, granted defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.